```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                    :
MICHAEL SAWICKI,                                                    :
                                                                    :
                               Plaintiff,                           :
                                                                    :       21-cv-2093 (LJL)
           -v-                                                      :
                                                                    :       ORDER
COMMISSIONER OF SOCIAL SECURITY,                                    :
                                                                    :
                               Defendant.                           :
                                                                    :
-------------------------------------------------------------------X
```

LEWIS J. LIMAN, United States District Judge:

      Plaintiff filed this action on March 9, 2021. Dkt. No. 1. On September 17, 2021, Defendant filed on the docket a certified administrative record. Dkt. No. 10. A motion for judgment on the pleadings by the Defendant was due sixty days after the filing of the administrative record. *See* Dkt. No. 5. Since Defendant filed the administrative record, there has been no activity on the docket by either party.

      On December 22, 2021, the Court entered an Order directing the parties to discuss whether they were willing to consent, under 28 U.S.C. § 636(c), to conducting all further proceedings before a magistrate judge. Dkt. No. 11. The Court ordered that the parties respond—either consenting or declining to proceed before a magistrate judge—by January 14, 2022. There has been no response to that Order.

      It is hereby ORDERED that by April 8, 2022, Plaintiff shall inform the Court whether he wishes to continue this action. If Plaintiff does not respond by April 8, 2022, the Court will dismiss the action for failure to prosecute.

      The Clerk of Court is respectfully directed to mail a copy of this Order to Plaintiff.

      SO ORDERED.

Dated: March 16, 2022
       New York, New York
                                                    LEWIS J. LIMAN
                                           United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/16/2022