UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___8/9/2022___
```

-----------------------------------------------------------------------X
   :
LAURIEN SAWICKI,   :
   :
       Plaintiff,   :
   :        21-cv-2093 (LJL)
     -v-   :
   :         ORDER
COMISSIONER OF SOCIAL SECURITY,   :
   :
       Defendant.   :
   :
-----------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

Counsel for Defendant has requested a *nunc pro tunc* extension of the Commissioner's time to file her motion for judgment on the pleadings, which was due in late 2021. *See* Dkt. No. 13. In the request, counsel explained that that she was seeking an extension because she "forgot to calendar the briefing deadlines in this case" and did not realize her error until the Court issued an order in March 2022. *See id.* at 3. Plaintiff—who has been substituted for her husband Michael Sawicki, the original plaintiff who passed away in November 2021, *see* Dkt. No. 20— opposes the extension request, pointing out that Defendant previously received a motion for an extension of time to file the administrative record and suggesting that Defendant has not showed good cause for an extension, Dkt. No. 21. Counsel for Defendant responded to Plaintiff's opposition, renewing the request for a *nunc pro tunc* extension and requesting a revised briefing deadline of August 29, 2022. Dkt. No. 22.

The request is GRANTED. While the oversight of counsel does not provide good cause for the extension of time, the substitution of Laurien Sawicki as plaintiff does. No further extensions will be granted to Defendant.

Defendant shall file her motion for judgment on the pleadings by August 29, 2022. Any opposition shall be filed by October 28, 2022. Any reply shall be filed by November 18, 2022.

SO ORDERED.

Dated: August 9, 2022
      New York, New York          _____
                                   LEWIS J. LIMAN
                              United States District Judge