**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
Laurien Sawicki,

              Plaintiff,               21 **CIVIL** 2093 (LJL)

    -v-                          **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,

              Defendant.
-------------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated August 11, 2023, that the Commissioner's motion for judgment on the pleadings pursuant to Federal Rule of Civil Procedure 12(c) is DENIED and Plaintiff's cross-motion for judgment on the pleadings is GRANTED. This case is REMANDED pursuant to sentence four of 42 U.S.C. § 405(g) for additional proceedings to further develop the Record and apply the proper legal standards.

**Dated:** New York, New York
           August 14, 2023

                                                         **RUBY J. KRAJICK**
                                                         **Clerk of Court**

                                 **BY:** _____
                                                            **Deputy Clerk**